BWB:MKM
F.#2012R00816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ISAEL MEDEL-RIVERA,
    also known as
    "Isael Medel" and
    "Isael Nedel,"

            Defendant.

- - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

FILED
CLERK

2012 JUN -6 PM 2:49

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

I N D I C T M E N T

Cr. No. _____

CR12 381

(T. 18, U.S.C., §§
1326(a) and 1326(b)(1);
T. 18, U.S.C., §§ 3551
et seq.)

AMON, CH.J.

GOLD, M.J.

## ILLEGAL REENTRY

On or about October 2, 2011, within the Eastern

District of New York, the defendant ISAEL MEDEL-RIVERA, also

known as "Isael Medel" and "Isael Nedel," an alien who had

previously been deported from the United States after a

conviction for the commission of a felony, was found in the

United States, without the Secretary of the United States

Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(1); Title 18, United States Code, Sections 3551 _et_ _seq_.)

A TRUE BILL

_____
FOREPERSON


LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

2

F#2012R00816

FORM DBD-34

JUN. 85

No.

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*ISAEL MEDEL-RIVERA, also known as "Isael Medel"
and "Isael Nedel,"*

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1);
and T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _ _ _ _ _ *day,* of _ _ _ _ _ _ _ A.D. 20 _ _ _ _

_____
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _

*M. Kristin Mace, Assistant U.S. Attorney (718-254-6879)*